BERNARD O'ROURKE, Respondent, *v.* McMULLEN-SNARE & TRIEST, INC., Appellant.

*O'Rourke* v. *McMullen-Snare & Triest, Inc.,* 172 App. Div. 894, affirmed.

(Argued February 1, 1918; decided February 15, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.  The complaint alleged that plaintiff, a drill runner, while working in the construction of the Lexington Avenue subway in New York city was directed by his foreman to get upon a large rock that had been dislodged by a blast and to drill holes therein; that while so engaged the rock split and rolled over and plaintiff received the injuries complained of.  Defendant contended that no negligence on its part was proved.

*John R. Halsey* and *Adrian T. Kiernan* for appellant.
*Leonard F. Fish* and *Thomas J. O'Neill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN and McLAUGHLIN, JJ.

Dissenting: HISCOCK, Ch. J., CUDDEBACK and CRANE, JJ.